UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. 10-192 (RWR) |
| | : | |
| ARTHUR V. REEDER, | : | |
| | : | |
| Defendant. | : | **UNDER SEAL** |
| | : | |

## JOINT RESPONSE TO COURT

The United States and Pleasant S. Brodnax III, counsel for defendant Arthur V. Reeder, hereby respectfully submit the following Joint Response to the Court:

On July 22, 2010, the defendant pleaded guilty under seal to distribution of fifty grams or more of cocaine base in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(iii).  The defendant was released on his personal recognizance by the Court under certain conditions, including that the defendant: (1) be subject to random drug testing; (2) report by telephone to the Pretrial Services Agency (PSA) once a week; and (3) maintain daily contact with Metropolitan Police Department (MPD) Detective Christopher Smith.

On November 16, 2010, Ms. Tammy Everitt of the PSA filed a Request for Judicial Action Report in which she noted that all four of the defendant's urine samples submitted to date indicated that the defendant was "water loading."  Ms. Everitt recommended the following: "The defendant's release conditions be modified to address his noncompliance.  It is the recommendation of this officer that the defendant's drug testing condition be increased from random to weekly testing, and that he be required to check in to Pretrial Services once a week in person."

On November 29, 2010, the Court ordered the parties to respond to the above recommendation no later than December 3, 2010.

The undersigned and counsel for the defendant, Pleasant Brodnax III, Esquire, have consulted and concur with the aforementioned recommendation. The undersigned has shared a draft copy of this report with counsel for the defendant, Pleasant S. Brodnax III, Esquire, who joins in the filing of this report.

        Respectfully submitted,

        RONALD C. MACHEN JR.
        UNITED STATES ATTORNEY


By: _____
   B. PATRICK COSTELLO, JR.
   Assistant U.S. Attorney
   D.C. Bar 483231
   U.S. Attorney's Office
   555 4th Street, N.W., Room 4112
   Washington, D.C. 20530
   202-514-9416
   B.Patrick.Costello@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served by e-mail [valawyer@erols.com] upon counsel for the defendant, Pleasant S. Brodnax III, Esquire, on December 2, 2010.

_____
B. PATRICK COSTELLO, JR.
ASSISTANT UNITED STATES ATTORNEY